STEVEN S. ALM
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
Telephone: (808)541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00326 SOM |
| Plaintiff, ) | INDICTMENT |
| v. ) | Counts 1-65: 18 U.S.C. § 1344(2) |
| LINDA CARPENTER ) | |
| Defendant. ) | |

INDICTMENT

COUNTS 1-65
(18 U.S.C. § 1344(2))

The Grand Jury charges that:

1. At all times material herein:

    a. First Hawaiian Bank and Central Pacific Bank were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation.

    b. Unity House, Inc., (hereinafter "Unity House") was a non-profit corporation established and operated under the laws of the State of Hawaii. Unity House had a wholly

owned subsidiary called Unity House Store, Inc. (hereinafter "Unity House Store").

    c.  Unity House maintained checking account number 01-055798 at First Hawaiian Bank; this was Unity House's primary checking account that it used to conduct its business. Unity House Store maintained checking account number 65-158582 at First Hawaiian Bank; this account was used to conduct the business of the Unity House Store. Unity House maintained checking account number 05-03255-5 at Central Pacific Bank; this account was used for the Unity House sports program. The persons authorized to disburse funds on the three accounts included Anthony Rutledge (President of Unity House), Orlando Soriano (Treasurer of Unity House), Eric Gill (Vice President of Unity House), Roderick Rodriguez (Secretary/Treasurer of Unity House) and Arlene Carpenter/Coelho (who replaced Eric Gill as Vice President of Unity House). The signature cards for all three accounts required two signatures on each check.

    d.  Defendant LINDA CARPENTER (hereinafter "CARPENTER") was employed as the Executive Secretary of Unity House. In that position, CARPENTER had access to the checks and the check registers for the three accounts identified above. CARPENTER, however, did not have authority to disburse the funds on deposit in those three accounts.

    2.  Beginning at least since October 23, 1991, and continuing thereafter to on or about March 10, 1995, CARPENTER devised a scheme and artifice to obtain moneys and funds under

the care, custody and control of First Hawaiian Bank and Central Pacific Bank by means of false and fraudulent pretenses and representations.

3. As part of the scheme and artifice to obtain moneys and funds by means of false and fraudulent pretenses and representations, CARPENTER took checks prepared on the Unity House and Unity House Store checking accounts identified above, made them payable to legitimate vendors and then either forged the payor signatures of Mr. Rutledge, Mr. Soriano, Mr. Gill, Mr. Rodriguez and/or Ms. Carpenter/Coelho or had them sign the checks and then changed the name of the payee to be herself, her husband, or to some entity that she owed money to or she otherwise wanted to unlawfully receive funds from Unity House. CARPENTER was not authorized to forge the signatures of Mr. Rutledge, Mr. Soriano, Mr. Gill or Ms. Carpenter/Coelho nor was she authorized to change the name of the payee in a way that would result in her benefitting from the eventual unlawful disbursement of those funds belonging to Unity House. CARPENTER would then often make false entries into the check registers for the three checking accounts to hide the fact that she was embezzling the money from Unity House.

4. On or about the dates set forth in tabular form below, in the District of Hawaii, CARPENTER did knowingly execute, and attempt to execute, a scheme and artifice to obtain moneys under the custody and control of two financial institutions, to wit, First Hawaiian Bank and Central Pacific

3

Bank, by means of false and fraudulent pretenses and representations in that she negotiated and caused to be negotiated checks drawn on Unity House Store's and Unity House's checking accounts at First Hawaiian Bank, to wit, account numbers 65-158582 and 01-055798, respectively, and Unity House's checking account at Central Pacific Bank 05-03255-5 knowing that such checks had either forged signatures for the payors or had false payees, as set forth in tabular form below, which identifies each check by account number, date, and check number, with each check representing a separate count of this Indictment:

| COUNT | DATE OF CHECK | CHECK NO. | AMOUNT |
| --- | --- | --- | --- |
| 1 | 1/30/92 | 193 | $1,371.98 |
| 2 | 1/24/92 | 230 | $1,929.00 |
| 3 | 3/12/92 | 261 | $1,321.00 |
| 4 | 7/1/92 | 375 | $607.52 |
| 5 | 7/1/92 | 376 | $646.79 |
| 6 | 10/15/92 | 429 | $1,750.00 |
| 7 | 10/30/92 | 438 | $1,750.00 |
| 8 | 12/10/92 | 442 | $1,750.00 |
| 9 | 12/30/92 | 457 | $1,750.00 |
| 10 | 1/29/93 | 461 | $1,750.00 |
| 11 | 2/12/93 | 463 | $1,750.00 |
| 12 | 10/23/91 | 689 | $4,000.00 |
| 13 | 11/21/91 | 691 | $3,518.45 |
| 14 | 3/17/93 | 2877 | $2,000.00 |
| 15 | 5/1/93 | 3044 | $1,780.63 |
| 16 | 6/1/93 | 3046 | $3,750.00 |
| 17 | 7/29/93 | 3320 | $1,600.00 |
| 18 | 8/12/93 | 3604 | $2,500.00 |
| 19 | 8/26/93 | 3714 | $3,750.00 |

| COUNT | DATE OF CHECK | CHECK NO. | AMOUNT |
|---|---|---|---|
| 20 | 10/1/93 | 3904 | $1,600.00 |
| 21 | 11/2/93 | 4000 | $1,600.00 |
| 22 | 11/2/93 | 4002 | $3,200.00 |
| 23 | 12/2/93 | 4114 | $1,600.00 |
| 24 | 12/21/93 | 4342 | $3,000.00 |
| 25 | 2/2/94 | 4645 | $1,600.00 |
| 26 | 3/2/94 | 4797 | $2,317.84 |
| 27 | 4/4/94 | 4895 | $2,700.00 |
| 28 | 4/4/94 | 4897 | $1,600.00 |
| 29 | 5/4/94 | 5020 | $2,800.00 |
| 30 | 5/13/94 | 5077 | $1,000.00 |
| 31 | 6/3/94 | 5123 | $2,100.00 |
| 32 | 6/14/94 | 5152 | $1,000.00 |
| 33 | 6/28/94 | 5202 | $ 475.00 |
| 34 | 7/22/94 | 5304 | $1,000.00 |
| 35 | 9/6/94 | 5845 | $1,600.00 |
| 36 | 10/4/94 | 6144 | $1,200.00 |
| 37 | 10/5/94 | 6145 | $1,350.00 |
| 38 | 10/5/94 | 6209 | $1,600.00 |
| 39 | 2/6/95 | 6996 | $1,600.00 |
| 40 | 6/15/94 | 101 | $ 800.00 |
| 41 | 7/5/94 | 103 | $2,800.00 |
| 42 | 7/27/94 | 104 | $5,113.00 |
| 43 | 8/1/94 | 106 | $2,800.00 |
| 44 | 9/6/94 | 107 | $3,000.00 |
| 45 | 9/15/94 | 108 | $1,021.41 |
| 46 | 9/16/94 | 109 | $ 350.00 |
| 47 | 10/7/94 | 110 | $3,000.00 |
| 48 | 11/2/94 | 111 | $3,000.00 |
| 49 | 11/14/94 | 112 | $ 700.00 |
| 50 | 11/17/94 | 113 | $1,500.00 |
| 51 | 11/21/94 | 114 | $2,500.00 |

| COUNT | DATE OF CHECK | CHECK NO. | AMOUNT |
|---|---|---|---|
| 52 | 12/5/94 | 115 | $3,000.00 |
| 53 | 12/8/94 | 116 | $2,100.00 |
| 54 | 12/8/94 | 117 | $1,200.00 |
| 55 | 12/29/94 | 118 | $3,000.00 |
| 56 | 1/4/95 | 119 | $2,500.00 |
| 57 | 1/5/95 | 120 | $1,400.00 |
| 58 | 1/5/95 | 121 | $1,200.00 |
| 59 | 2/8/95 | 122 | $2,300.00 |
| 60 | 2/13/95 | 123 | $1,500.00 |
| 61 | 2/13/95 | 124 | $1,000.00 |
| 62 | 3/3/95 | 125 | $1,600.00 |
| 63 | 3/10/95 | 126 | $1,705.88 |
| 64 | 3/11/95 | 127 | $1,411.55 |
| 65 | 3/10/95 | 128 | $2,500.00 |

All in violation of Title 18, United States Code, Section 1344(2).

Dated: 8/16/00 , 2000, at Honolulu, Hawaii.

A TRUE BILL.

/S/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

USA v. LINDA CARPENTER
"Indictment" - Cr. No.

6